IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-Cr-60159-COHN\SNOW

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

WAYNE GOPIE,
    Defendant.
. . . . . . . . . . . . . . . . . . . . . . . . . . .

### ORDER

The Court having considered counsel for Defendant's Motion To Bring A Laptop Computer Into The Courtroom for use at the Motion to Suppress hearing in the above captioned case, which is scheduled for Wednesday, September 19, 2007, and being otherwise fully advised, it is hereby,

**ORDERED** that Defendant's Motion is _Granted_.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this _19th_ day of September, 2007.

                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA David A. Haimes
Howard M. Srebnick, Esq.
U.S. Marshal (FTL)