IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-Cr-60159-COHN\SNOW

UNITED STATES OF AMERICA,    :
        Plaintiff,            :
                             :
vs.                          :
                             :
WAYNE GOPIE,                 :
        Defendant.           :
. . . . . . . . . . . . . . . . . . . . . . . . . . :

## ORDER

The Court having considered counsel for Defendant's Motion To Bring A

Cassette Recorder Into The Courtroom for use at the Motion to Suppress hearing in

the above captioned case, which is scheduled for Wednesday, September 19, 2007,

and being otherwise fully advised, it is hereby,

ORDERED that Defendant's Motion is _____granted_____.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this /9th

day of September, 2007.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA David A. Haimes
Howard M. Srebnick, Esq.
U.S. Marshal (FTL)