UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60159-CR-COHN/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WAYNE ALEXANDER GOPIE, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DESHAWN GOPIE'S MOTION TO DISMISS COUNT FIVE

THIS CAUSE is before the Court on the Report and Recommendation of United States Magistrate Judge Lurana S. Snow [DE 130] and Defendant Deshawn Gopie's objection to the report [DE 131]. The Court having reviewed the underlying motions [DE 89 and 100] and being advised of Eleventh Circuit precedent rejecting the Defendant's arguments, it is thereupon

**ORDERED AND ADJUDGED** that the Report and Recommendation of Judge Lurana S. Snow [DE 130] is hereby adopted and Defendant Deshawn Gopie's Motions to Dismiss [DE 89 and 100] are hereby denied.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of October, 2007.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record on CM/ECF.