UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60159-CR-COHN/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WAYNE ALEXANDER GOPIE, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' MOTIONS TO SUPPRESS

THIS CAUSE is before the Court on the Report and Recommendation of United States Magistrate Judge Lurana S. Snow [DE 129], the Gopie's joint objections [DE 143], Defendant Spencer's objection [DE 142], the Government's response [DE 145], the Gopie's joint reply [DE 147], and Defendant Wayne Gopie's further reply [DE 154]. Having conduced a *de novo* review of those portions of the report to which objections have been made and relevant portions of the transcript of the evidentiary hearing before Judge Snow, the Court finds:

1. At the time Agent Fernandez ordered the stop of the Infiniti driven by Deshawn Gopie and the U-Haul driven by Wayne Gopie, there existed reasonable articulable suspicion based on objective facts that the drivers engaged in criminal activity.

2. The evidence adduced does not support Wayne Gopie's claim of a reasonable expectation of privacy in the Infiniti at the time it was stopped.

3. Wayne Gopie's consent to search the U-Haul was voluntary.

4. Under the totality of the circumstances, Agent Fernandez had a reasonable suspicion that Alton Spencer was engaging in criminal activity.

5. The decision to conduct the investigatory stops of the vehicles was based on a confidential source (treated as an anonymous source), investigation by the DEA, spot checks of Wayne Gopie's two residences, surveillance observations, and the extensive experience and knowledge of Agent Fernandez regarding marijuana smuggling.

6. There was no <u>Miranda</u> violation with respect to the post-arrest statements of Wayne Gopie.

It is thereupon

**ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of United State Magistrate Judge Lurana S. Snow [DE 129] is hereby adopted by this Court.

2. The objections of the Gopies [DE 143] and Defendant Spencer [DE 142] are overruled.

3. Defendant Wayne Gopie's Motion to Suppress [DE 96] is denied.

4. Defendant Wayne Gopie's Motion to Suppress Post-Arrest Statements [DE 102] is denied.

5. Defendant Wayne Gopie's Motion to Suppress Evidence Seized During Search of U-Haul Truck, and Fruits therefore [DE 105] is denied.

6. Defendant Deshawn Gopie's Motion to Suppress [DE 90] is denied.

7. Defendant Alton Spencer's Motion to Suppress [DE 65] is denied.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22ND day of October, 2007.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record on CM/ECF.